UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-10059-T |
| vs. ) | |
| ) | |
| EDWARD LEE ROBERTSON ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Edward Lee Robertson, DOB 03/09/1974, now being detained at the Hardeman County Jail, Bolivar, Tennessee, appear before Magistrate Thomas Anderson on the 11th day of OCTOBER, 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 22nd day of September, 2005.

JERRY R. KITCHEN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Hardeman County Jail, Bolivar, Tennessee

YOU ARE HEREBY COMMANDED to have Edward Lee Robertson appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 23rd day of September, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10059 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT